1
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT
8                              DISTRICT OF NEVADA
9
   HYDRO TECH, INC.
10
                                              Case No: 3:12-cv-00262-LHR-WG
11                       Plaintiff,
      vs.                                     **STIPULATION AND ORDER FOR**
12                                            **DISMISSAL WITH PREJUDICE**
   AMES CONSTRUCTION, INC.
13
                         Defendant.
14 _____/

15        IT IS HEREBY STIPULATED, by the parties herein, by and through their respective

16 counsel, to the dismissal of the above-referenced matter with prejudice, with each party to bear their

17 own attorneys fees and costs.

18 DATED:   11/15/13                          DATED:  11/15/13

19 FAHRENDORF, VILORIA,                      SUITTER AXLAND, PLLC
20   OLIPHANT & OSTER L.L.P.

21 By:   /s/ Patrick R. Millsap              By:   /s/ Noah Hoagland
       Patrick R. Millsap                         Carl F. Huefner, Esq.
22     Nevada Bar No. 12043                       Nevada Bar No. 255
       P.O. Box 3677                              Michael W. Homer, Esq.
23     Reno, Nevada  89505                        Admitted Pro Hac Vice
       (775) 348-9999                             Noah M. Hoagland, Esq.
24     *Attorney for Plaintiff*                   Admitted Pro Hac Vice
25                                                8 East Broadway, Suite 200
                                                  Salt Lake City, UT  84111
26                                                *Attorneys for Defendant*
27
28

                                          -1-

-2-

IT IS HEREBY ORDERED that the above-referenced matter is dismissed with prejudice, with each party to bear their own attorneys fees and costs

DATED this 18th day of November, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE