1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HYDRO TECH, INC.

                        Plaintiff,

vs.

AMES CONSTRUCTION, INC.

                        Defendant.

Case No: 3:12-cv-00262-LHR-WG

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, by the parties herein, by and through their respective counsel, to the dismissal of the above-referenced matter with prejudice, with each party to bear their own attorneys fees and costs.

DATED: 11/15/13

FAHRENDORF, VILORIA,
  OLIPHANT & OSTER L.L.P.

By: /s/ Patrick R. Millsap
    Patrick R. Millsap
    Nevada Bar No. 12043
    P.O. Box 3677
    Reno, Nevada 89505
    (775) 348-9999
    *Attorney for Plaintiff*

DATED: 11/15/13

SUITTER AXLAND, PLLC

By: /s/ Noah Hoagland
    Carl F. Huefner, Esq.
    Nevada Bar No. 255
    Michael W. Homer, Esq.
    Admitted Pro Hac Vice
    Noah M. Hoagland, Esq.
    Admitted Pro Hac Vice
    8 East Broadway, Suite 200
    Salt Lake City, UT 84111
    *Attorneys for Defendant*

-1-

-2-

1   IT IS HEREBY ORDERED that the above-referenced matter is dismissed with prejudice, with each party to bear their own attorneys fees and costs

DATED this 18th day of November, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE